# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED a.k.a. JAMES E. SMITH,<br><br>                    Plaintiff,<br><br>        v.<br><br>W. A. ADAMS,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:09-cv-00779 OWW DLB PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 4) |

Plaintiff Tahee Abd' Rasheed ("Plaintiff"), CDC# J-74120, a.k.a. James E. Smith, CDCR# J-74120, is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2009, pursuant to 28 U.S.C. § 1915(g), the court issued an order finding Plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.[1]

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   June 19, 2009**                              /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE

---

[1] On June 17, 2009, Plaintiff filed a motion requesting an extension of time to "process trust withdrawal to trust office". (Doc. 5.) To the extent that Plaintiff is seeking an extension of time to submit a prison trust account statement, the Court does not require a copy of the statement and the motion is denied.

1